# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HOUSING OPPORTUNITY PARTNERS REO, LLC | : | No. 618 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| MARIANNE MEHALSHICK AND MICHAEL A. MEHALSHICK | : | |
| | : | |
| | : | |
| PETITION OF: MARIANNE MEHALSHICK | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.